IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Green Dim, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00801 |
| v. | : | Judge Economus |
| The Huntington National Bank, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

The mediation set for June 14, 2013 is CANCELLED. The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Donelle Grubbs, 77 S. High St., 29rd. Flr. Columbus, OH 43215.

s/Mark R. Abel
United States Magistrate Judge